THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| J.W., et al., | ) |
| | ) Case No. 09-05430-RJB |
| Plaintiffs, | ) |
| | ) STIPULATION AND ORDER ADJUSTING |
| vs. | ) TRIAL AND PRETRIAL DATES |
| | ) |
| PIERCE COUNTY, et al., | ) Note for Hearing: December 22, 2009 |
| | ) |
| Defendants. | ) |
| | ) |

The parties, through counsel set forth below, pursuant to CR 10(g), hereby stipulate and agree as follows:

Plaintiffs and Defendants have been working toward a negotiated resolution of this lawsuit since its filing. To facilitate negotiations, Plaintiffs agreed to stay discovery. The parties are making progress toward settlement, have exchanged settlement proposals and held several meetings to discuss resolution of the case, had a productive settlement conference with

STIP. & [PROPOSED] ORDER ADJUSTING
TRIAL AND PRETRIAL DATES - Page 1
USDC WDWA No. 09-05430-RJB

COLUMBIA LEGAL SERVICES
Institutions Project
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 464-0838

Magistrate Judge Karen Strombom on December 16, 2009, and have another settlement conference with Judge Strombom scheduled for January 14, 2009.

If the trial and pretrial deadlines are not moved back, Plaintiffs believe they would need to require responses to their discovery requests prior to the settlement conference to allow sufficient time to prepare motions for class certification and summary judgment. To avoid unnecessary expenditure of resources on litigation and discovery, and to increase the likelihood of settlement of this matter, the parties hereby stipulate, upon approval by the Court, to the following adjustments to the trial and pretrial dates in this case:

| **Deadline or Trial Date** | **Old Date** | **Adjusted Date** |
|---|---|---|
| FOUR DAYS JURY TRIAL set for | June 21, 2010 at 9:30 AM | August 2, 2010 at 9:30 AM |
| Deadline for FILING of motion for class certification | 1/14/2010 | 2/25/2009 |
| Deadline for the FILING of any motion to join parties | 1/18/2010 | 3/1/2010 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 1/25/2010 | 3/8/2009 |
| All motions related to discovery must be FILED by | 2/1/2010 | 3/15/2010 |
| Discovery COMPLETED by | 2/22/2010 | 4/5/2010 |
| All dispositive motions must be FILED by | 3/23/2010 | 5/4/2010 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | 4/22/2010 | 6/3/2010 |
| Mediation per CR 39.1(c)(3) HELD no later than | 5/24/2010 | 7/5/2010 |
| Letter of compliance as to CR 39.1 FILED by | 6/1/2010 | 7/13/2010 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the second Friday thereafter. | 5/24/2010 | 7/5/2010 |
| Agreed pretrial order LODGED with the court by | 6/4/2010 | 7/16/2010 |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | June, 11 2010 at 8:30 AM | July, 23 2010 at 8:30 AM |
| Trial briefs, proposed voir dire &jury instructions due | 6/11/2010 | 7/23/2010 |

STIP. & [PROPOSED] ORDER ADJUSTING
TRIAL AND PRETRIAL DATES - Page 2
USDC WDWA No. 09-05430-RJB

COLUMBIA LEGAL SERVICES
Institutions Project
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 464-0838

Respectfully submitted this 22nd day of December, 2009.

s/ Gavin Thornton
GAVIN THORNTON, WSBA #32996
BETH COLGAN, WSBA #30520
Columbia Legal Services
101 Yesler Way, Ste. 300
Seattle, WA 98104
Telephone: (206) 464-0838
Fax: (206) 382-3386
Email: gavin.thornton@columbialegal.org
       beth.colgan@columbialegal.org

Attorneys for Plaintiffs


s/ Michelle Luna-Green
MICHELLE LUNA-GREEN, WSBA #27088
Pierce County Prosecuting Attorney's
Office/Civil Division
955 Tacoma Ave. South, Suite 301
Tacoma, WA 98402-2160
Telephone: 253-798-6380
Fax: 253-798-6713
Email: mluna@co.pierce.wa.us.

Attorney for Defendant Pierce County


s/ Charles P.E. Leitch
CHARLES P.E. LEITCH, WSBA #25443
KATHARINE M. TYLEE, WSBA #40640
Patterson Buchanan Fobes
Leitch & Kalzer, Inc., P.S.
2112 Third Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 462-6700
Fax: (206) 462-6701
Email: cpl@pattersonbuchanan.com
       kmt@pattersonbuchanan.com

Attorneys for Defendant Tacoma School
District No. 10

STIP. & [PROPOSED] ORDER ADJUSTING
TRIAL AND PRETRIAL DATES - Page 3
USDC WDWA No. 09-05430-RJB

COLUMBIA LEGAL SERVICES
Institutions Project
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 464-0838

s/ Dierk Jon Meierbachtol
DIERK JON MEIERBACHTOL, WSBA #31010
Washington State Attorney General's Office
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100
Telephone: (360) 586-2940
Fax: (360) 664-0662
Email: dierkm@atg.wa.gov

Attorney for Defendant Randy Dorn

**IT IS SO ORDERED,** this 23rd day of December, 2009.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

STIP. & [PROPOSED] ORDER ADJUSTING
TRIAL AND PRETRIAL DATES - Page 4
USDC WDWA No. 09-05430-RJB

COLUMBIA LEGAL SERVICES
Institutions Project
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 464-0838

**Certificate of Service**

I hereby certify that on December 22, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dierk Jon Meierbachtol
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Phone: (360) 586-2940
Fax: (360) 664-0662
E-Mail: dierkm@atg.wa.gov

Michelle Luna-Green
Pierce County Prosecuting Attorney's Office
930 Tacoma Avenue South, Room 946
Tacoma, WA 98402-2171
Phone: (253) 798-3410
Fax: (253) 798-4019
E-Mail: mluna@co.pierce.wa.us

Charles P.E. Leitch
Katharine M. Tylee
Patterson Buchanan Fobes Leitch & Kalzer, Inc. P.S.
2112 Third Avenue, Suite 500
Seattle, WA 98121
Phone: (206) 462-6700
Fax: (206) 462-6701
E-mail: cpl@pattersonbuchanan.com
kmt@pattersonbuchanan.com

s/ Gavin Thornton
GAVIN THORNTON, WSBA #32996
Of Attorneys for Plaintiffs
Columbia Legal Services
Institutions Project
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 464-0838 – phone
(206) 464-0856 – fax
Gavin.Thornton@columbialegal.org

STIP. & [PROPOSED] ORDER ADJUSTING TRIAL AND PRETRIAL DATES - Page 5
USDC WDWA No. 09-05430-RJB

COLUMBIA LEGAL SERVICES
Institutions Project
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 464-0838